**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PARTNER ARMS 4, LLC<br>5101 16th Street, NW<br>Washington, D.C. 20011 | * | |
| Plaintiff | * | |
| v. | * | Case No. ____________ |
| THE HARTFORD FIRE INSURANCE COMPANY<br>One Hartford Plaza<br>Hartford, Connecticut 06155 | * | |
| Defendant | * | |

* * * * * * * * * * * *

**NOTICE OF REMOVAL**

Defendant, The Hartford Fire Insurance Company ("Hartford"), through counsel and pursuant to 28 U.S.C. §§ 1441 and 1446 and Federal Rule of Civil Procedure 81(c), hereby files this Notice of Removal from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia and in support thereof state as follows:

1. Plaintiff initiated the present action against Defendant in the Superior Court of the District of Columbia, Civil Action No. 2016 CA 005922 B, on or about August 10, 2016. A writ of summons was issued on or about August 11, 2016.

2. The Complaint alleges that the Plaintiff, at the time of the allegations was and is now a Washington, D.C. limited liability company with its principal place of business being 5101 16th Street, NW, Washington, D.C. 20011. The sole member of Partner Arms 4, LLC is DC Entity, Inc. a District of Columbia corporation.

3. At all relevant times, Hartford was and remains an insurance company organized under the law of the State of Connecticut, with its principal place of business in Hartford, Connecticut, and has a certificate of authority to conduct the business of insurance in the District of Columbia.

4. Defendant was served August 11, 2016, less than thirty days from the date of the filing of this Notice.

5. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332. There is true diversity of citizenship, and the amount in controversy exceeds $75,000, exclusive of costs and interest.

6. A copy of the Complaint filed in the Superior Court for the District of Columbia is attached hereto as Exhibit A.

7. The notice is timely filed under 28 U.S.C. § 1446(b).

8. Defendant's petition for removal of this action is pursuant to 28 U.S.C. § 1441, as amended, and requests a waiver of any bond required.

9. Defendants will file and serve its responsive pleading to the Complaint within seven (7) days of this filing as set forth in Federal Rule of Civil Procedure 81(c)(2)(c).

10. A true and correct copy of the Notice of Filing Notice of Removal, which has been filed in the Superior Court for the District of Columbia action contemporaneously herewith,

is attached as Exhibit B.

Respectfully submitted,

Niles, Barton & Wilmer, LLP

/ s / Matthew J. Youssef

Matthew J. Youssef, Esquire (#MD17910)
George E. Reede, Esquire (#430462)
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6357
(410) 783-6452 *facsimile*
mjyoussef@nilesbarton.com
*Counsel for Defendant The Hartford Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2016, a copy of the foregoing Notice of Removal to the United States District Court for the District of Columbia was mailed, postage prepaid to:

Matthew J. Jacobs, Esquire
Jan A. Larson, Esquire
Jenner & Block, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
*Counsel for Plaintiff*

Daniel A. Johnson, Esquire
Jenner & Block, LLP
919 Third Avenue
New York, New York 10022
*Counsel for Plaintiff*

/ s / Matthew J. Youssef
Matthew J. Youssef, Esquire